UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

MOLLY GREEN, on behalf of herself and all others similarly situated,

                  Plaintiff,

     -against-

HUMANA AT HOME, INC, d/b/a SENIORBRIDGE FAMILY COMPANIES, INC.

                  Defendant.

------------------------------------------------------------------x

Civ. No.: 16-cv-07586 (AJN)

## CORPORATE DISCLOSURE STATEMENT OF HUMANA AT HOME, INC.

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant HUMANA AT HOME, INC. ("Defendant") certifies that Defendant is a subsidiary of Humana Inc. ("Humana") a publicly traded Delaware corporation traded on the New York Stock Exchange under the initials "HUM."

Dated: Melville, New York
        December 2, 2016

                                  Respectfully submitted,

                                  JACKSON LEWIS P.C.
                                  *ATTORNEY FOR DEFENDANT*
                                  58 South Service Road, Suite 250
                                  Melville, New York 11747
                                  (631) 247-0404

              By:     */s/ Noel P. Tripp*
                        NOEL P. TRIPP, ESQ.

## CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2016, Defendant's Corporate Disclosure Statement was served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service upon the following parties and participants:

JON L. NORINSBERG, ESQ.
BENNITTA L. JOSEPH, ESQ.
CHAYA M. GOURARIE, ESQ
JOSEPH & NORINSBERG
*ATTORNEYS FOR PLAINTIFF*
225 Broadway, Ste. 2700
New York, New York 10007

*/s/ Noel P. Tripp*
NOEL P. TRIPP, ESQ.

4836-6679-3277, v. 1

2