# Exhibit D

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

MOLLY GREEN, on behalf of herself and all others similarly situated,

Plaintiff,

-against-

HUMANA AT HOME, INC, d/b/a/ SENIORBRIDGE FAMILY COMPANIES, INC.,

Defendant.

----------------------------------------------------------------X

Docket No.: 16-CV-07586 (AJN)

DECLARATION OF

MOLLY GREEN

IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

MOLLY GREEN declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Plaintiff in the within action and, therefore, I am fully familiar with the facts and proceedings herein. I submit this Declaration in support of Plaintiff's motion for class certification.

2. I was hired in April 2015 to work as a Certified Home Health Aide for HUMANA AT HOME, INC, d/b/a/ SENIORBRIDGE FAMILY COMPANIES, INC. (hereinafter, "Defendant" or "Humana"). My employment with Humana ended on or about November 3, 2015.

3. When I was hired, I was asked to sign a standard Caregiver Employment Agreement, which set forth my compensation structure. At the time, Humana did not advise me that I was entitled to overtime wages at the statutory wage of one-and-one-half-times my regular pay rate for all hours worked in excess of 40 in a given week. To the contrary, the Caregiver Employment Agreement made absolutely no mention of payment for overtime hours at the statutory rate, although based on its terms, I was expected to work live-in shifts, which is a shift for 24 hours.

4. I believe this form was given to all other Home Health Aides who were hired during that period, and that they too were never told that they were entitled to overtime wages for all hours worked in excess of 40 in a workweek. Nonetheless, they too were excepted to work live-in shifts.

5. Initially, during the first few weeks of my employment with Humana, I worked on an "hourly" basis at the rate or approximately $10.00 an hour. As an hourly worker, I worked approximately 12 hours a day, from 8:00 a.m. to 8:00 p.m. I was not paid at the statutory rate for my overtime hours.

6. Subsequently, I was assigned to a patient who needed round-the-clock care, from 8:00 a.m. to 8:00 a.m. the following morning. As such I was compensated as a "live in" worker rather than an "hourly" worker. As a live-in worker, I was constantly on call. During the night, I was frequently awakened and never slept through the night. Additionally, I was not permitted to leave the patient's house during a live-in shift.

7. Although I consistently worked over 40 hours a week, I was not paid at the statutory rate for my overtime hours. Attached hereto as Exhibit A is a true and correct copy of my paystubs which show that I routinely worked more than 40 hours in a given week, even by Humana's records, and I was not paid at the statutory rate for all hours that I worked over 40.

8. Moreover, the paystubs attached hereto as Exhibit A are inaccurate, as the hours recorded on these paystubs do not reflect the hours that I actually worked as a live-in home health aide.

9. In sum, although I worked tirelessly round-the-clock, as a result of Humana's unlawful pay practices, I did not receive the full amount of regular and overtime wages to which I was entitled.

10. This unlawful pay policy was not limited to me alone. During my employment with Humana, I spoke to other home health aide workers and they too complained about working consecutive twenty-four hour shifts without being adequately compensated.

11. Additionally, throughout my employment with Humana, I was never provided with any form of wage statements with each of my wage payments as required under New York Labor Law. To the extent that wage statements were provided, they were improper because they failed to accurately record the number of hours I actually worked as a home health aide, and failed to apply the correct overtime pay rate.

12. I agree to act as a class representative and am of sound mind and body.

13. I do not have any conflicts with prospective class members.

14. I will appear at any conferences and depositions that are required, and I agree to vigorously prosecute this action on behalf of myself and all class members.

Date: New York, New York

April 19, 2018

_____
MOLLY GREEN

# Exhibit A

143580317
PR-WKLY NY Wantagh -
323 W Main Street 09 WFP C
Louisville, KY 40202
Tel: 1-888-431-4748

# Humana

Molly Green
250 E 29th St
Apt#2k
Brooklyn, NY 11226

Brought to you by the Customers of Humana

**Payroll Deposit Advice**
This is not a Check

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Molly Green | 735649 | SBFCNY Cost of Services - In-Home - HHA | |
| PERIOD START | PERIOD END | PAYMENT DATE | VOUCHER NUMBER |
| 10/12/15 | 10/18/15 | 10/23/15 | 143580317 |
| BASE SALARY | PTO | | |
| 21,008.00 | 24.00 | | |
| TAX TYPE | FILING STATUS | | ALLOWANCES |
| Federal | Single | | 0 |
| New York | Single / Head of Household | | 0 |

| SUMMARY | | | | | |
|---|---|---|---|---|---|
| GROSS EARNINGS | | GROSS PAY | | PRE-TAX DEDUCTIONS | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 1,050.00 | 21,333.95 | 1,050.00 | 21,333.95 | 52.50 | 993.46 |
| TAX DEDUCTIONS | | OTHER DEDUCTIONS | | NET PAY | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 317.69 | 6,053.63 | 0.00 | 0.00 | 679.81 | 14,378.36 |

| DEPOSITED TO | TYPE OF ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| Chase Bank | C | XXX3560 | 679.81 |

**GRE ADDRESS:** SeniorBridge Family Companies (NY), Inc.,500 West Main Street,,,Louisville,KY,40202
Tel: 1-888-431-4748

| EARNINGS | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PRIOR PERIOD | RATE | HOURS | CURRENT | YTD |
| Livein Wages | | 16.39 | 56.00 | 918.05 | 17,242.32 |
| Livein OT | | 8.20 | 16.10 | 131.95 | 2,387.70 |
| Hourly Wages | | | | 0.00 | 1,288.20 |
| LI Holiday | | | | 0.00 | 315.00 |
| Overtime | | | | 0.00 | 100.73 |
| NonBill Expenses | | | | 0.00 | 91.50 |

| DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YTD |
| FIT Withheld | 157.43 | 2,898.66 |
| SS EE Withheld | 65.10 | 1,322.70 |
| PRN Pre Tax 401K | 52.50 | 993.46 |
| SIT Withheld | 48.78 | 923.14 |
| City Withheld | 30.56 | 584.79 |
| Medicare EE Withheld | 15.22 | 309.34 |
| SDI Withheld | 0.60 | 15.00 |

143580317 (1/1)

143577514
PR-WKLY NY Wantagh -
323 W Main Street 09 WFP C
Louisville, KY 40202
Tel: 1-888-431-4748

# Humana

Molly Green
250 E 29th St
Apt#2k
Brooklyn, NY 11226

Brought to you by the Customers of Humana

**Payroll Deposit Advice**
**This is not a Check**

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Molly Green | 735649 | SBFCNY Cost of Services - In-Home - HHA | |
| **PERIOD START** | **PERIOD END** | **PAYMENT DATE** | **VOUCHER NUMBER** |
| 10/05/15 | 10/11/15 | 10/16/15 | 143577514 |
| **BASE SALARY** | **PTO** | | |
| 21,008.00 | 23.00 | | |
| **TAX TYPE** | **FILING STATUS** | | **ALLOWANCES** |
| Federal | Single | | 0 |
| New York | Single / Head of Household | | 0 |

| SUMMARY | | | | | |
|---|---|---|---|---|---|
| **GROSS EARNINGS** | | **GROSS PAY** | | **PRE-TAX DEDUCTIONS** | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 974.55 | 20,283.95 | 974.55 | 20,283.95 | 48.73 | 940.96 |
| **TAX DEDUCTIONS** | | **OTHER DEDUCTIONS** | | **NET PAY** | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 286.57 | 5,735.94 | 0.00 | 0.00 | 639.25 | 13,698.55 |

| DEPOSITED TO | TYPE OF ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| Chase Bank | C | XXX3560 | 639.25 |

**GRE ADDRESS:** SeniorBridge Family Companies (NY), Inc.,500 West Main Street,,,Louisville,KY,40202
Tel: 1-888-431-4748

| EARNINGS | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PRIOR PERIOD | RATE | HOURS | CURRENT | YTD |
| Livein Wages | | 16.39 | 48.00 | 786.90 | 16,324.27 |
| Livein OT | | 8.20 | 13.80 | 113.10 | 2,255.75 |
| Hourly Wages | | 10.10 | 7.00 | 70.70 | 1,288.20 |
| Overtime | | 3.21 | 1.20 | 3.85 | 100.73 |
| LI Holiday | | | | 0.00 | 315.00 |
| NonBill Expenses | | | | 0.00 | 91.50 |

| DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YTD |
| FIT Withheld | 139.51 | 2,741.23 |
| SS EE Withheld | 60.42 | 1,257.60 |
| PRN Pre Tax 401K | 48.73 | 940.96 |
| SIT Withheld | 44.15 | 874.36 |
| City Withheld | 27.76 | 554.23 |
| Medicare EE Withheld | 14.13 | 294.12 |
| SDI Withheld | 0.60 | 14.40 |

143577514 (1/1)

143572248
PR-WKLY NY Wantagh -
323 W Main Street 09 WFP C
Louisville , KY 40202
Tel: 1-888-431-4748

# Humana

Molly Green
250 E 29th St
Apt#2k
Brooklyn, NY 11226

Brought to you by the Customers of Humana

Payroll Deposit Advice
**This is not a Check**

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Molly Green | 735649 | SBFCNY Cost of Services - In-Home - HHA | |
| PERIOD START | PERIOD END | PAYMENT DATE | VOUCHER NUMBER |
| 09/28/15 | 10/04/15 | 10/09/15 | 143572248 |
| BASE SALARY | PTO | | |
| 21,008.00 | 22.00 | | ALLOWANCES |
| TAX TYPE | FILING STATUS | | 0 |
| Federal | Single | | 0 |
| New York | Single / Head of Household | | |

### SUMMARY

| GROSS EARNINGS | | GROSS PAY | | PRE-TAX DEDUCTIONS | |
|---|---|---|---|---|---|
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 1,050.00 | 19,309.40 | 1,050.00 | 19,309.40 | 52.50 | 892.23 |
| TAX DEDUCTIONS | | OTHER DEDUCTIONS | | NET PAY | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 317.70 | 5,449.37 | 0.00 | 0.00 | 679.80 | 13,059.30 |

| DEPOSITED TO | TYPE OF ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| Chase Bank | C | XXX3560 | 679.8 |

GRE ADDRESS: SeniorBridge Family Companies (NY), Inc.,500 West Main Street,,,Louisville,KY,40202
Tel: 1-888-431-4748

### EARNINGS

| DESCRIPTION | PRIOR PERIOD | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|---|
| Livein Wages | | 16.39 | 56.00 | 918.05 | 15,537.37 |
| Livein OT | | 8.20 | 16.10 | 131.95 | 2,142.65 |
| Hourly Wages | | | | 0.00 | 1,217.50 |
| LI Holiday | | | | 0.00 | 315.00 |
| Overtime | | | | 0.00 | 96.88 |
| NonBill Expenses | | | | 0.00 | 91.50 |

### DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| FIT Withheld | 157.43 | 2,601.72 |
| SS EE Withheld | 65.10 | 1,197.18 |
| PRN Pre Tax 401K | 52.50 | 892.23 |
| SIT Withheld | 48.78 | 830.21 |
| City Withheld | 30.56 | 526.47 |
| Medicare EE Withheld | 15.23 | 279.99 |
| SDI Withheld | 0.60 | 13.80 |

143572248 (1/1)

143564439
PR-WKLY NY Wantagh -
323 W Main Street 09 WFP C
Louisville , KY 40202
Tel: 1-888-431-4748

**Humana**

Molly Green
250 E 29th St
Apt#2k
Brooklyn, NY 11226

Brought to you by the Customers of Humana

Payroll Deposit Advice
**This is not a Check**

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Molly Green | 735649 | SBFCNY Cost of Services - In-Home - HHA | |
| PERIOD START | PERIOD END | PAYMENT DATE | VOUCHER NUMBER |
| 09/14/15 | 09/20/15 | 09/25/15 | 143564439 |
| BASE SALARY | PTO | | |
| 21,008.00 | 20.00 | | |
| TAX TYPE | FILING STATUS | | ALLOWANCES |
| Federal | Single | | 0 |
| New York | Single / Head of Household | | 0 |

SUMMARY

| GROSS EARNINGS | | GROSS PAY | | PRE-TAX DEDUCTIONS | |
|---|---|---|---|---|---|
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 1,050.00 | 17,209.40 | 1,050.00 | 17,209.40 | 52.50 | 787.23 |
| TAX DEDUCTIONS | | OTHER DEDUCTIONS | | NET PAY | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 317.70 | 4,813.98 | 0.00 | 0.00 | 679.80 | 11,699.69 |

| DEPOSITED TO | TYPE OF ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| Chase Bank | C | XXX3560 | 679.8 |

GRE ADDRESS: SeniorBridge Family Companies (NY), Inc.,500 West Main Street,,,Louisville,KY,40202
Tel: 1-888-431-4748

EARNINGS

| DESCRIPTION | PRIOR PERIOD | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|---|
| Livein Wages | | 16.39 | 56.00 | 918.05 | 13,701.27 |
| Livein OT | | 8.20 | 16.10 | 131.95 | 1,878.75 |
| Hourly Wages | | | | 0.00 | 1,217.50 |
| LI Holiday | | | | 0.00 | 315.00 |
| Overtime | | | | 0.00 | 96.88 |
| NonBill Expenses | | | | 0.00 | 91.50 |

DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| FIT Withheld | 157.43 | 2,286.86 |
| SS EE Withheld | 65.10 | 1,066.98 |
| PRN Pre Tax 401K | 52.50 | 787.23 |
| SIT Withheld | 48.78 | 732.65 |
| City Withheld | 30.56 | 465.35 |
| Medicare EE Withheld | 15.23 | 249.54 |
| SDI Withheld | 0.60 | 12.60 |

143564439 (1/1)

143553264
PR-WKLY NY Wantagh -
323 W Main Street 09 WFP C
Louisville , KY 40202
Tel: 1-888-431-4748

# Humana

Molly Green
250 E 29th St
Apt#2k
Brooklyn, NY 11226

Brought to you by the Customers of Humana

Payroll Deposit Advice
**This is not a Check**

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Molly Green | 735649 | SBFCNY Cost of Services - In-Home - HHA | |
| | | PAYMENT DATE | VOUCHER NUMBER |
| PERIOD START | PERIOD END | 09/04/15 | 143553264 |
| 08/24/15 | 08/30/15 | | |
| BASE SALARY | PTO | | |
| 21,008.00 | 17.00 | | ALLOWANCES |
| TAX TYPE | FILING STATUS | | 0 |
| Federal | Single | | |
| New York | Single / Head of Household | | 0 |

### SUMMARY

| GROSS EARNINGS | | GROSS PAY | | PRE-TAX DEDUCTIONS | |
|---|---|---|---|---|---|
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 1,050.00 | 14,434.40 | 1,050.00 | 14,434.40 | 52.50 | 648.48 |
| TAX DEDUCTIONS | | OTHER DEDUCTIONS | | NET PAY | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 317.70 | 4,003.21 | 0.00 | 0.00 | 679.80 | 9,874.21 |

| DEPOSITED TO | TYPE OF ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| Chase Bank | C | XXX3560 | 679.8 |

GRE ADDRESS: SeniorBridge Family Companies (NY), Inc.,500 West Main Street,,,Louisville,KY,40202
Tel: 1-888-431-4748

### EARNINGS

| DESCRIPTION | PRIOR PERIOD | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|---|
| Livein Wages | | 16.39 | 56.00 | 918.05 | 11,321.72 |
| Livein OT | | | | 131.95 | 1,558.30 |
| Hourly Wages | | 8.20 | 16.10 | 0.00 | 1,217.50 |
| LI Holiday | | | | 0.00 | 240.00 |
| Overtime | | | | 0.00 | 96.88 |
| NonBill Expenses | | | | 0.00 | 91.50 |

### DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| FIT Withheld | 157.43 | 1,891.32 |
| SS EE Withheld | 65.10 | 894.93 |
| PRN Pre Tax 401K | 52.50 | 648.48 |
| SIT Withheld | 48.78 | 609.29 |
| City Withheld | 30.56 | 387.57 |
| Medicare EE Withheld | 15.23 | 209.30 |
| SDI Withheld | 0.60 | 10.80 |

143553264 (1/1)