# Exhibit E

143580317
PR-WKLY NY Wantagh -
323 W Main Street 09 WFP C
Louisville , KY 40202
Tel: 1-888-431-4748

# Humana

Molly Green
250 E 29th St
Apt#2k
Brooklyn, NY 11226

Brought to you by the Customers of Humana

**Payroll Deposit Advice**
This is not a Check

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Molly Green | 735649 | SBFCNY Cost of Services - In-Home - HHA | |
| PERIOD START | PERIOD END | PAYMENT DATE | VOUCHER NUMBER |
| 10/12/15 | 10/18/15 | 10/23/15 | 143580317 |
| BASE SALARY | PTO | | |
| 21,008.00 | 24.00 | | |
| TAX TYPE | FILING STATUS | | ALLOWANCES |
| Federal | Single | | 0 |
| New York | Single / Head of Household | | 0 |

| SUMMARY | | | | | |
|---|---|---|---|---|---|
| GROSS EARNINGS | | GROSS PAY | | PRE-TAX DEDUCTIONS | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 1,050.00 | 21,333.95 | 1,050.00 | 21,333.95 | 52.50 | 993.46 |
| TAX DEDUCTIONS | | OTHER DEDUCTIONS | | NET PAY | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 317.69 | 6,053.63 | 0.00 | 0.00 | 679.81 | 14,378.36 |

| DEPOSITED TO | TYPE OF ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| Chase Bank | C | XXX3560 | 679.81 |

**GRE ADDRESS:** SeniorBridge Family Companies (NY), Inc.,500 West Main Street,,,Louisville,KY,40202
Tel: 1-888-431-4748

| EARNINGS | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PRIOR PERIOD | RATE | HOURS | CURRENT | YTD |
| Livein Wages | | 16.39 | 56.00 | 918.05 | 17,242.32 |
| Livein OT | | 8.20 | 16.10 | 131.95 | 2,387.70 |
| Hourly Wages | | | | 0.00 | 1,288.20 |
| LI Holiday | | | | 0.00 | 315.00 |
| Overtime | | | | 0.00 | 100.73 |
| NonBill Expenses | | | | 0.00 | 91.50 |

| DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YTD |
| FIT Withheld | 157.43 | 2,898.66 |
| SS EE Withheld | 65.10 | 1,322.70 |
| PRN Pre Tax 401K | 52.50 | 993.46 |
| SIT Withheld | 48.78 | 923.14 |
| City Withheld | 30.56 | 584.79 |
| Medicare EE Withheld | 15.22 | 309.34 |
| SDI Withheld | 0.60 | 15.00 |

143580317(1/1)

143577514
PR-WKLY NY Wantagh -
323 W Main Street 09 WFP C
Louisville , KY 40202
Tel: 1-888-431-4748

# Humana

Molly Green
250 E 29th St
Apt#2k
Brooklyn, NY 11226

Brought to you by the Customers of Humana

**Payroll Deposit Advice**
**This is not a Check**

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Molly Green | 735649 | SBFCNY Cost of Services - In-Home - HHA | |
| **PERIOD START** | **PERIOD END** | **PAYMENT DATE** | **VOUCHER NUMBER** |
| 10/05/15 | 10/11/15 | 10/16/15 | 143577514 |
| **BASE SALARY** | **PTO** | | |
| 21,008.00 | 23.00 | | |
| **TAX TYPE** | **FILING STATUS** | | **ALLOWANCES** |
| Federal | Single | | 0 |
| New York | Single / Head of Household | | 0 |

| SUMMARY | | | | | |
|---|---|---|---|---|---|
| **GROSS EARNINGS** | | **GROSS PAY** | | **PRE-TAX DEDUCTIONS** | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 974.55 | 20,283.95 | 974.55 | 20,283.95 | 48.73 | 940.96 |
| **TAX DEDUCTIONS** | | **OTHER DEDUCTIONS** | | **NET PAY** | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 286.57 | 5,735.94 | 0.00 | 0.00 | 639.25 | 13,698.55 |

| DEPOSITED TO | TYPE OF ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| Chase Bank | C | XXX3560 | 639.25 |

**GRE ADDRESS:** SeniorBridge Family Companies (NY), Inc.,500 West Main Street,,,Louisville,KY,40202
Tel: 1-888-431-4748

| EARNINGS | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PRIOR PERIOD | RATE | HOURS | CURRENT | YTD |
| Livein Wages | | 16.39 | 48.00 | 786.90 | 16,324.27 |
| Livein OT | | 8.20 | 13.80 | 113.10 | 2,255.75 |
| Hourly Wages | | 10.10 | 7.00 | 70.70 | 1,288.20 |
| Overtime | | 3.21 | 1.20 | 3.85 | 100.73 |
| LI Holiday | | | | 0.00 | 315.00 |
| NonBill Expenses | | | | 0.00 | 91.50 |

| DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YTD |
| FIT Withheld | 139.51 | 2,741.23 |
| SS EE Withheld | 60.42 | 1,257.60 |
| PRN Pre Tax 401K | 48.73 | 940.96 |
| SIT Withheld | 44.15 | 874.36 |
| City Withheld | 27.76 | 554.23 |
| Medicare EE Withheld | 14.13 | 294.12 |
| SDI Withheld | 0.60 | 14.40 |

143577514 (1/1)

143572248
PR-WKLY NY Wantagh -
323 W Main Street 09 WFP C
Louisville , KY 40202
Tel: 1-888-431-4748

# Humana

Molly Green
250 E 29th St
Apt#2k
Brooklyn, NY 11226

Brought to you by the Customers of Humana

## Payroll Deposit Advice
### This is not a Check

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Molly Green | 735649 | SBFCNY Cost of Services - In-Home - HHA | |
| PERIOD START | PERIOD END | PAYMENT DATE | VOUCHER NUMBER |
| 09/28/15 | 10/04/15 | 10/09/15 | 143572248 |
| BASE SALARY | PTO | | |
| 21,008.00 | 22.00 | | ALLOWANCES |
| TAX TYPE | FILING STATUS | | 0 |
| Federal | Single | | 0 |
| New York | Single / Head of Household | | |

### SUMMARY

| GROSS EARNINGS | | GROSS PAY | | PRE-TAX DEDUCTIONS | |
|---|---|---|---|---|---|
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 1,050.00 | 19,309.40 | 1,050.00 | 19,309.40 | 52.50 | 892.23 |
| TAX DEDUCTIONS | | OTHER DEDUCTIONS | | NET PAY | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 317.70 | 5,449.37 | 0.00 | 0.00 | 679.80 | 13,059.30 |

| DEPOSITED TO | TYPE OF ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| Chase Bank | C | XXX3560 | 679.8 |

GRE ADDRESS: SeniorBridge Family Companies (NY), Inc.,500 West Main Street,,,Louisville,KY,40202
Tel: 1-888-431-4748

### EARNINGS

| DESCRIPTION | PRIOR PERIOD | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|---|
| Livein Wages | | 16.39 | 56.00 | 918.05 | 15,537.37 |
| Livein OT | | 8.20 | 16.10 | 131.95 | 2,142.65 |
| Hourly Wages | | | | 0.00 | 1,217.50 |
| LI Holiday | | | | 0.00 | 315.00 |
| Overtime | | | | 0.00 | 96.88 |
| NonBill Expenses | | | | 0.00 | 91.50 |

### DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| FIT Withheld | 157.43 | 2,601.72 |
| SS EE Withheld | 65.10 | 1,197.18 |
| PRN Pre Tax 401K | 52.50 | 892.23 |
| SIT Withheld | 48.78 | 830.21 |
| City Withheld | 30.56 | 526.47 |
| Medicare EE Withheld | 15.23 | 279.99 |
| SDI Withheld | 0.60 | 13.80 |

143572248 (1/1)

143564439
PR-WKLY NY Wantagh -
323 W Main Street 09 WFP C
Louisville, KY 40202
Tel: 1-888-431-4748

# Humana

Molly Green
250 E 29th St
Apt#2k
Brooklyn, NY 11226

Brought to you by the Customers of Humana

Payroll Deposit Advice
**This is not a Check**

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Molly Green | 735649 | SBFCNY Cost of Services - In-Home - HHA | |
| **PERIOD START** | **PERIOD END** | **PAYMENT DATE** | **VOUCHER NUMBER** |
| 09/14/15 | 09/20/15 | 09/25/15 | 143564439 |
| **BASE SALARY** | **PTO** | | |
| 21,008.00 | 20.00 | | |
| **TAX TYPE** | **FILING STATUS** | | **ALLOWANCES** |
| Federal | Single | | 0 |
| New York | Single / Head of Household | | 0 |

### SUMMARY

| GROSS EARNINGS | | GROSS PAY | | PRE-TAX DEDUCTIONS | |
|---|---|---|---|---|---|
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 1,050.00 | 17,209.40 | 1,050.00 | 17,209.40 | 52.50 | 787.23 |
| **TAX DEDUCTIONS** | | **OTHER DEDUCTIONS** | | **NET PAY** | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 317.70 | 4,813.98 | 0.00 | 0.00 | 679.80 | 11,699.69 |

| DEPOSITED TO | TYPE OF ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| Chase Bank | C | XXX3560 | 679.8 |

**GRE ADDRESS:** SeniorBridge Family Companies (NY), Inc.,500 West Main Street,,,Louisville,KY,40202
Tel: 1-888-431-4748

### EARNINGS

| DESCRIPTION | PRIOR PERIOD | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|---|
| Livein Wages | | 16.39 | 56.00 | 918.05 | 13,701.27 |
| Livein OT | | 8.20 | 16.10 | 131.95 | 1,878.75 |
| Hourly Wages | | | | 0.00 | 1,217.50 |
| LI Holiday | | | | 0.00 | 315.00 |
| Overtime | | | | 0.00 | 96.88 |
| NonBill Expenses | | | | 0.00 | 91.50 |

### DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| FIT Withheld | 157.43 | 2,286.86 |
| SS EE Withheld | 65.10 | 1,066.98 |
| PRN Pre Tax 401K | 52.50 | 787.23 |
| SIT Withheld | 48.78 | 732.65 |
| City Withheld | 30.56 | 465.35 |
| Medicare EE Withheld | 15.23 | 249.54 |
| SDI Withheld | 0.60 | 12.60 |

143564439 (1/1)

# Humana

Molly Green
250 E 29th St
Apt#2k
Brooklyn, NY 11226

Brought to you by the Customers of Humana

**Payroll Deposit Advice**
**This is not a Check**

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Molly Green | 735649 | SBFCNY Cost of Services - In-Home - HHA | |
| | | PAYMENT DATE | VOUCHER NUMBER |
| PERIOD START | PERIOD END | 09/04/15 | 143553264 |
| 08/24/15 | 08/30/15 | | |
| BASE SALARY | PTO | | |
| 21,008.00 | 17.00 | | ALLOWANCES |
| TAX TYPE | FILING STATUS | | 0 |
| Federal | Single | | |
| New York | Single / Head of Household | | 0 |

### SUMMARY

| GROSS EARNINGS | | GROSS PAY | | PRE-TAX DEDUCTIONS | |
|---|---|---|---|---|---|
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 1,050.00 | 14,434.40 | 1,050.00 | 14,434.40 | 52.50 | 648.48 |
| TAX DEDUCTIONS | | OTHER DEDUCTIONS | | NET PAY | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 317.70 | 4,003.21 | 0.00 | 0.00 | 679.80 | 9,874.21 |

| DEPOSITED TO | TYPE OF ACCOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| Chase Bank | C | XXX3560 | 679.8 |

GRE ADDRESS: SeniorBridge Family Companies (NY), Inc.,500 West Main Street,,,Louisville,KY,40202
Tel: 1-888-431-4748

### EARNINGS

| DESCRIPTION | PRIOR PERIOD | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|---|
| Livein Wages | | 16.39 | 56.00 | 918.05 | 11,321.72 |
| Livein OT | | | | 131.95 | 1,558.30 |
| Hourly Wages | | 8.20 | 16.10 | 0.00 | 1,217.50 |
| LI Holiday | | | | 0.00 | 240.00 |
| Overtime | | | | 0.00 | 96.88 |
| NonBill Expenses | | | | 0.00 | 91.50 |

### DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| FIT Withheld | 157.43 | 1,891.32 |
| SS EE Withheld | 65.10 | 894.93 |
| PRN Pre Tax 401K | 52.50 | 648.48 |
| SIT Withheld | 48.78 | 609.29 |
| City Withheld | 30.56 | 387.57 |
| Medicare EE Withheld | 15.23 | 209.30 |
| SDI Withheld | 0.60 | 10.80 |