## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 4, 2018, the enclosed OPPOSITION TO PLAINTIFF'S MOTION FOR RULE 23 CERTIFICATION was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service, upon the following parties and participants:

JON L. NORINSBERG, ESQ.
BENNITTA L. JOSEPH, ESQ.
CHAYA M. GOURARIE, ESQ.
JOSEPH & NORINSBERG
*ATTORNEYS FOR PLAINTIFF*
225 Broadway, Ste. 2700
New York, New York  10007

                                                    */s/ Noel P. Tripp, Esq.*
                                                  NOEL P. TRIPP, ESQ.