SO ORDERED: 2/13/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

February 12, 2019

**VIA ECF**
Hon. Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Rm. 2102
New York, New York  10007

FEB 1 5 2019

> Plaintiff's request to redact portions of Dkt. Nos. 94-1 and 99-2 is hereby granted under Rule 4.A. of the undersigned's Individual Practices. The Court will file unredacted copies of Dkt. Nos. 94-1 and 99-2 under seal. The docketing clerk is respectfully requested to replace Dkt. No. 94-1 with Dkt. No. 102-1 and Dkt. No. 99-2 with Dkt. No. 102-2.
> SO ORDERED.

Re:  *Green v. Humana at Home, Inc. et al.*
Civil Case No.:  16-cv-7586

Dear Judge Nathan:

We respectively represent Plaintiff Molly Green ("Plaintiff") on behalf of herself and other similarly situated plaintiffs and Defendant Humana At Home, Inc. d/b/a Seniorbridge Family Companies, Inc. ("Defendant") in the above-referenced employment matter. We write jointly to respectfully request that, in order to ensure confidentiality of medical information, the Court "so order" this letter directing the docketing clerk to remove docket entries, Dkt. No. 94-1 and Dkt. No. 99-2 and replace them with Exhibits A and B hereto.

By way of background, the parties recently completed briefing on Plaintiff's motion for Class Certification pursuant to F.R.C.P. 23. Both parties attached as exhibits excerpts from the deposition of Plaintiff Molly Green. These exhibits may contain information covered by Rule 4(a) of this Court's Individual Practice Rules, and therefore, the parties, out of an abundance of caution, seek to replace those exhibits with the attached.

We thank the Court for its attention to and consideration of this request.

Respectfully submitted,

| | |
|---|---|
| JOSEPH & NORINSBERG | JACKSON LEWIS P.C. |
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANT* |
| 225 Broadway, Ste. 2700 | 58 South Service Rd., Ste. 250 |
| New York, New York  10007 | Melville, New York  11747 |
| (212) 227-5700 | (631) 247-0404 |
| By: ____s/____ | By: ____s/____ |
| CHAYA M. GOURARIE, ESQ. | NOEL P. TRIPP, ESQ. |
| Dated:  2/12/19 | Dated:  2/12/19 |

Encl. (Exs. A & B)