# jackson|lewis.

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: (631) 247-4661
MY EMAIL ADDRESS IS: NOEL.TRIPP@JACKSONLEWIS.COM

September 13, 2019

**VIA ECF**

Hon. Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Rm. 2102
New York, New York 10007

      Re:  *Green v. Humana at Home, Inc. et al.*
         Civil Case No.: 16-cv-7586

Dear Judge Nathan:

  As counsel for Defendant in the above matter, we write pursuant to the parties' recent status update (Dkt. # 138) and the Court's subsequent Order (Dkt. #139) to provide a further status report regarding the parties' meet and confer ahead of the court conference on October 11, 2019 (Dkt. # 136). The parties agree that pre-trial proceedings and trial are premature in this matter, though they disagree as to the appropriate next step.

  Plaintiff has indicated that she anticipates renewing her motion for class certification, on the putative class' wage notice violations, pursuant to New York Labor Law, and that such motion practice should take place next. Defendant submits that Plaintiff should not be permitted to renew her motion for numerous reasons relating to the merits of such certification. Defendant also submits that Plaintiff's modest individual FLSA claim should not be an impediment to its appeal of the threshold legal issue in this case. Dkt. 140-141.

  Additionally, Plaintiff intends to oppose Defendants' recent motion for reconsideration, and in compliance with this Court's recent Order (Dkt. No. 143), will file her opposition brief by September 20, 2019.

  The parties remain available to provide further information ahead of the upcoming conference. We thank the Court for its continued attention to this matter.

              Respectfully submitted,

              JACKSON LEWIS P.C.

              */s/ Noel P. Tripp*

              Noel P. Tripp

NPT:dc
cc:  Counsel of Record (*via ECF*)
4853-1483-3316, v. 2