# JOSEPH & NORINSBERG, LLC

225 Broadway Suite 2700
New York, NY 10007
Telephone (212) 227-5700
Fax (212) 406-6890

www.employeejustice.com

March 18, 2020

VIA ECF
Judge Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

Re: **Green v. Humana At Home, Inc.,**
    **No. 16-cv-07586 (AJN)**

Dear Judge Nathan:

This firm represents Plaintiff Molly Green ("Plaintiff") in the above-referenced employment matter, on behalf of herself and other similarly situated plaintiffs, against Defendant Humana At Home, Inc. d/b/a Seniorbridge Family Companies, Inc. ("Defendant"). We write now to respectfully request a final, three-business-day extension of time to respond to the motion filed by *Amici* Claude Mathieu and Shirley Caillo, in opposition to Plaintiff's motion for class certification [Dkt. 161], from Thursday, March 19, 2020 to Tuesday, March 24, 2020. Counsel for the *Amici,* Michael Sweeney, Esq., consents to this request.

An extension of time is necessary since as a result of the COVID-19 outbreak, Plaintiff's counsel's office has been closed and our IT personnel are still in the process of setting up remote access for all attorneys. Accordingly, in the interim, many of us do not have access to our case files.

Accordingly, we respectfully request that the Court grant Plaintiff's final request for a three-business-day extension of time to respond to the motion filed by *Amici* Claude Mathieu and Shirley Caillo, from Thursday, March 19, 2020 to Tuesday, March 24, 2020.

We thank the court for its consideration of this request.

Respectfully submitted,

The requested extension is hereby GRANTED.
SO ORDERED.

Chaya M. Gourarie, Esq.

SO ORDERED.    3/19/20

Alison J. Nathan, U.S.D.J.