UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2020

Molly Green,

            Plaintiff,

–v–

Humana At Home, Inc.,

            Defendant.

16-cv-7586 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 21, 2020, Humana At Home notified the Court of a settlement in principle in *Kinkead v. Humana at Home, Inc.*, 15-cv-1637 (JAM), a class action presenting similar claims proceeding in the U.S. District Court for the District of Connecticut. The class in *Kinkead* substantially overlaps with the proposed class in this case, and it appears likely that a final judgment in *Kinkead* may preclude some or all of Green's class claims.

It is therefore ORDERED that Green's motion for class certification (Dk. No. 157) is administratively DENIED without prejudice to re-filing after the proposed settlement in *Kinkead* has been approved or rejected by the *Kinkead* court.

It is further ORDERED that Humana's letter motion to stay (Dkt. No. 184) is GRANTED. This action is stayed and all pending deadlines and conferences are adjourned sine die. The parties shall file a joint status report once the *Kinkead* settlement has been approved or rejected or by December 21, 2020, whichever comes earlier.

It is further ORDERED that the proposed amici's motion to file a brief in opposition to class certification (Dkt. No. 161) and Humana's letter motion for oral argument (Dkt. No. 164) are DENIED as moot.

SO ORDERED.

Dated: October 22, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge