# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404  Direct
(631) 247-0417  Fax
jacksonlewis.com

MY DIRECT DIAL IS:  (631) 247-4661
MY EMAIL ADDRESS IS:  Noel.Tripp@jacksonlewis.com



SO ORDERED.  12/22/2020
ALISON J. NATHAN, U.S.D.J.

**VIA ECF**

Hon. Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Rm. 2102
New York, New York  10007

Re:   *Green v. Humana at Home, Inc. et al.*
      Civil Case No.:  16-cv-7586

Dear Judge Nathan:

      As counsel for Defendant in the above matter, we write further to the prior update and Court order (Dkt. 185) to notify the Court that Defendant and the *Kinkead* Plaintiff class are still in the process of finalizing their settlement and submitting same to Judge Meyer for approval. Defendant respectfully requests an additional thirty days to provide a further update, or submit to this Court copies of the settlement papers filed in *Kinkead*. Plaintiff Green takes no position as to this request.  We thank the Court for its continued attention.

SO ORDERED.

Respectfully submitted,

JACKSON LEWIS P.C.

*Noel P. Tripp*

Noel P. Tripp

NPT:dc
cc:   Counsel of Record (*via ECF*)