# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Direct
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS:  (631) 247-4661
MY EMAIL ADDRESS IS:  NOEL.TRIPP@JACKSONLEWIS.COM

January 20, 2021

**VIA ECF**

Hon. Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Rm. 2102
New York, New York  10007

        Re:    *Green v. Humana at Home, Inc. et al.*
                Civil Case No.:  16-cv-7586

Dear Judge Nathan:

      As counsel for Defendant in the above matter, we write further to the prior updates and Court orders (Dkt. 185-187) to notify the Court that Defendant and the *Kinkead* Plaintiff class are still in the process of finalizing their settlement and submitting same to Judge Meyer for approval (having most recently conferred on open issues and circulated a new draft this past Friday, January 15, 2021). Defendant respectfully requests an additional thirty days to provide a further update, or submit to this Court copies of the settlement papers filed in *Kinkead*. Plaintiff Green takes no position as to this request.  We thank the Court for its continued attention.

Respectfully submitted

SO ORDERED.

[signature]

SO ORDERED.  1/21/2021
ALISON J. NATHAN, U.S.D.J.

NPT:dc
cc:    Counsel of Record (*via ECF*)

4840-6265-3654, v. 1