

**JacksonLewis**

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404  Direct
(631) 247-0417  Fax
jacksonlewis.com

MY DIRECT DIAL IS:  (631) 247-4661
MY EMAIL ADDRESS IS: NOEL.TRIPP@JACKSONLEWIS.COM

February 19, 2021

**VIA ECF**

Hon. Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Rm. 2102
New York, New York  10007

              Re:    *Green v. Humana at Home, Inc. et al.*
                     Civil Case No.:  16-cv-7586

Dear Judge Nathan:

      As counsel for Defendant in the above matter, we write further to the prior updates and Court orders to notify the Court that the motion for preliminary approval of the *Kinkead* settlement is due to be filed on or before March 5, 2021 (D. Conn. 15-cv-1637, D.E. 413). Defendant respectfully requests until March 8, 2021 to submit to this Court copies of the settlement papers filed in *Kinkead*. Plaintiff Green takes no position as to this request.  We thank the Court for its continued attention.

SO ORDERED.

                                                            Respectfully submitted,

                                                            JACKSON LEWIS P.C.

                                                            *Noel P. Tripp*

                                                           Noel P. Tripp

SO ORDERED.
2/22/2021
ALISON J. NATHAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2021