# JacksonLewis

```
                                    USDC SDNY
                                    DOCUMENT
                                    ELECTRONICALLY FILED
                                    DOC #:_____
                                    DATE FILED: 3/12/2021
```

Jackson Lewis P.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Direct
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS:  (631) 247-4661
MY EMAIL ADDRESS IS: Noel.Tripp@jacksonlewis.com

March 8, 2021

**VIA ECF**

Hon. Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Rm. 2102
New York, New York  10007

Re:   *Green v. Humana at Home, Inc. et al.*
      Civil Case No.:  16-cv-7586

Dear Judge Nathan:                                                SO ORDERED.

      As counsel for Defendant in the above matter, we write to request that the deadline to submit the *Kinkead* settlement papers to Your Honor be moved from March 8, 2021 to March 22, 2021, consistent with the adjustment to the preliminary approval motion deadline in that case, now March 19, 2021 (D. Conn. 15-cv-1637, D.E. 420).  Plaintiff Green takes no position as to this request.  We thank the Court for its continued attention.

NPT:dc
cc:     Counsel of Record (*via ECF*)

*[Signature]* 3/12/2021
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.