# JacksonLewis

Jackson Lewis
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404  Direct
(631) 247-0417  Fax
jacksonlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2021

MY DIRECT DIAL IS:  (631) 247-4661
MY EMAIL ADDRESS IS: NOEL.TRIPP@JACKSONLEWIS.COM

March 22, 2021

**VIA ECF**

Hon. Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Rm. 2102
New York, New York  10007

      Re:   *Green v. Humana at Home, Inc. et al.*
             Civil Case No.:  16-cv-7586

Dear Judge Nathan:                    SO ORDERED.

      As counsel for Defendant in the above matter, we write to request that the deadline to submit the *Kinkead* settlement papers to Your Honor be moved from March 22, 2021 to March 29, 2021, consistent with the adjustment to the preliminary approval motion deadline in that case, now March 26, 2021 (D. Conn. 15-cv-1637, D.E. 422).  As of this writing, Plaintiff Green has taken no position as to this request.  We thank the Court for its continued attention.

NPT:dc
cc:    Counsel of Record (*via ECF*)

SO ORDERED.  3/23/2021
ALISON J. NATHAN, U.S.D.J.