```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/2021
```

# JacksonLewis

Jackson Lewis P.
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Direct
(631) 247-0417 Fax
jacksonlewis.com

My Direct Dial is: (631) 247-4661
My Email Address is: Noel.Tripp@jacksonlewis.com

March 29, 2021

**VIA ECF**

Hon. Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Rm. 2102
New York, New York 10007

Re: *Green v. Humana at Home, Inc. et al.*
Civil Case No.: 16-cv-7586

Dear Judge Nathan:                                          SO ORDERED.

      As counsel for Defendant in the above matter, we write further to the Court's order (D.E. 185) and the subsequent correspondences (D.E. 186-195) to submit the motion for preliminary approval filed in *Kinkead*, attached as Exhibit A. (D. Conn. 15-cv-1637, D.E. 424). The agreement under review in *Kinkead* resolves all New York Labor Law claims of Defendant's home health aides. *Id.* at 424-4, Sec. XII, A. Defendant requests that the Court continue the current stay in this action pending Judge Meyer's review of the motion for preliminary approval. Plaintiff Green takes no position as to this request. We thank the Court for its continued attention, and remain available to answer any questions the Court may have.

Respectfully submitted,

JACKSON LEWIS P.C.

/s/ Noel P. Tripp
Noel P. Tripp

SO ORDERED.  4/8/2021
ALISON J. NATHAN, U.S.D.J.

NPT:dc
cc:   Counsel of Record (via ECF)