UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Molly Green,

                Plaintiff,

–v–

Humana at Home, Inc.,

                Defendant.

16-cv-7586 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On April 8, 2021, the Court stayed this action pending resolution of *Kinkead v. Humana at Home, Inc.*, No. 15-cv-1637 (D. Conn.). Dkt. No. 197. According to the public docket in that case, Judge Meyer issued an order granting final approval of the class and collective action settlement on August 26, 2021. The parties shall jointly file a status report by September 7, 2021.

SO ORDERED.

Dated: September 1, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge