

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/21
```

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax

jacksonlewis.com

MY DIRECT DIAL IS:  (631) 247-4661
MY EMAIL ADDRESS IS: NOEL.TRIPP@JACKSONLEWIS.COM

October 5, 2021

**VIA ECF**

Hon. Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Rm. 2102
New York, New York  10007

          Re:  *Green v. Humana at Home, Inc. et al.*
              Civil Case No.:  16-cv-7586

Dear Judge Nathan:

    As counsel for Defendant in the above-captioned matter, we write jointly with counsel for Plaintiff to respectfully request an additional two weeks, from October 5, 2021 [Dkt. 202] until October 19, 2021, to continue the parties' ongoing discussions regarding potential final resolution of Plaintiff Green's claims.  The parties have made progress but require this additional time.  We thank the Court for its attention to this matter.  Counsel remain available at the Court's convenience.

        SO ORDERED.

Respectfully submitted,

JACKSON LEWIS P.C.

*Noel P. Tripp*

Noel P. Tripp

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
10/6/21