UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2021
```

MOLLY GREEN,
*on behalf of herself and, FLSA Collective Plaintiffs and the Class,*

    Plaintiff,

    - vs. –

HUMANA AT HOME, INC.,

    Defendant.

Docket No.: 16-cv-7586 (AJN)

**[PROPOSED] RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant HUMANA AT HOME, INC. having offered to allow Plaintiff Molly Green ("Plaintiff") to take a judgment against it, in the sum of Sixty Thousand and 00/100 Dollars ($60,000.00), in accordance with the terms and conditions of the Defendant's Rule 68 Offer dated October 26, 2021 and filed as Exhibit A to Docket Number 207;

**WHEREAS**, on October 26, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant's Offer of Judgement (Dkt. No. 207);

It is ORDERED, ADJUDGED, AND DECREED, that judgment is entered in favor of Plaintiff in accordance with the terms and conditions of Defendant's Rule 68 Offer dated October 26, 2021 and filed as Exhibit A to Docket Number 207. The Clerk is directed to close this case.

SO ORDERED:
Dated: October 27, 2021
New York, New York

_____
Hon. Alison J. Nathan
United States District Judge